NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10245 |
| Plaintiff - Appellee, | D.C. No. 2:03-CR-00297-RLH |
| v. | |
| ELISEO CRUZ OSORIO, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Roger L. Hunt, Chief District Judge, Presiding

Submitted April 5, 2010**

Before:    RYMER, McKEOWN, and PAEZ, Circuit Judges.

Eliseo Cruz Osorio appeals from the 11-month sentence imposed following

revocation of his supervised release. We have jurisdiction pursuant to 28 U.S.C.

§ 1291, and we affirm.

---

&ast;     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

&ast;&ast;     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Osorio contends that his sentence is substantively unreasonable in light of his individual circumstances, including the facts that he reentered the United States due to economic necessity and that his criminal record predates his supervised release violation. The record reflects that, under the totality of the circumstances, Osorio's sentence is substantively reasonable. *See Gall v. United States*, 552 U.S. 38, 51-52 (2007); *see also United States v. Carty*, 520 F.3d 984, 991-93 (9th Cir. 2008) (en banc).

**AFFIRMED.**